UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

_____

| | |
|---|---|
| MICHAEL ASHFORD | CIVIL ACTION NO. 19-0610 |
| VERSUS | JUDGE DONALD E. WALTER |
| AEROFRAME SERVICES, LLC, ET AL. | MAGISTRATE JUDGE KAY |

_____

# ORDER

Before the Court are motions by Michael Ashford, Roger A. Porter, and Aeroframe Services LLC requesting certification of a question for appeal and the stay of all related proceedings in the interim.  See Record Documents 73, 74, 75.[1]

Upon due consideration, the Court finds that the factors set forth in 28 U.S.C. § 1292(b) do not weigh in favor of certifying the Court's July 2, 2020 order for interlocutory appeal.  An immediate appeal will not materially advance the ultimate termination of the litigation in this matter.  Indeed, the Court believes that certifying the question for interlocutory appeal will unnecessarily delay the conclusion of the litigation.  Accordingly, the motions filed by Michael Ashford, Roger A. Porter, and Aeroframe Services are hereby **DENIED**.

THUS DONE AND SIGNED, this 10th day of July, 2020.

*[signature]*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] The motions are titled as follows: (1) Plaintiff Michael Ashford's Motion Requesting Certification of Question for Appeal and Request for Stay of all Related Proceedings (Record Document 73); (2) Third Party Defendant Roger A. Porter's Motion Requesting Certification of Question for Appeal and Request for Stay of all Related Proceedings (Record Document 74); and (3) Aeroframe's Motion Requesting Certification of Issue for Appeal and Request for Stay of all Related Proceedings (Record Document 75).